1

2

3

4                        IN THE UNITED STATES DISTRICT COURT

5                        FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7   Scott Johnson,                    )
                                       )    2:13-cv-00893-GEB-AC
8                  Plaintiff,          )
                                       )
9         v.                           )    ORDER TO SHOW CAUSE AND
                                       )    CONTINUING STATUS (PRETRIAL
10  B & R Dhuncy, Inc., a California   )    SCHEDULING) CONFERENCE
    Corporation; Gin Y Louie, in his   )
11  individual and representative      )
    capacity as Trustee; Yee P         )
12  Louie, in her individual and       )
    representative capacity as         )
13  Trustee; and Does 1-10,            )
                                       )
14             Defendants.             )
    _____   )

15

16          The May 7, 2013 Order Setting Status (Pretrial Scheduling)

17  Conference scheduled a status conference in this case on July 22, 2013,

18  and required the parties to file a joint status report no later than

19  fourteen (14) days prior to the scheduling conference. The May 7, 2013

20  Order further required that a status report be filed regardless of

21  whether a joint report could be procured. No status report was filed as

22  ordered.

23          Therefore, Plaintiff is Ordered to Show Cause ("OSC") in a

24  writing to be filed no later than July 19, 2013, why sanctions should

25  not be imposed against him and/or his counsel under Rule 16(f) of the

26  Federal Rules of Civil Procedure for failure to file a timely status

27  report. The written response shall also state whether Plaintiff or his

28

                                      1

1  counsel is at fault, and whether a hearing is requested on the OSC.[1] If

2  a hearing is requested, it will be held on September 16, 2013, at 9:00

3  a.m., just prior to the status conference, which is rescheduled to that

4  date and time. A joint status report shall be filed no later than

5  fourteen (14) days prior to the status conference.

6          IT IS SO ORDERED.

7  Dated:  July 11, 2013

8

9  _____
   GARLAND E. BURRELL, JR.
10  Senior United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25      [1]    "If the fault lies with the attorney, that is where the impact
26  of sanction should be lodged.  If the fault lies with the clients, that
   is where the impact of the sanction should be lodged." Matter of
27  Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied,
   471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their
28  consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387
   (9th Cir. 1985).